IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LASALLE BANK NATIONAL ASSOCIATION,** : | CIVIL ACTION NO. 1:05-CV-1106 |
| : | **(Judge Conner)** |
| **Plaintiff** : | |
| v. : | |
| : | |
| **ANN M. LOWE and RICHARD J. LOWE,** : | |
| : | |
| **Defendants** : | |

### ORDER

AND NOW, this 11th day of October, 2006, upon consideration of plaintiff's motion (Doc. 22) to postpone the marshal's sale of the mortgaged property until November 16, 2006, and it appearing that the marshal's sale was originally scheduled for October 24, 2006 (Doc. 22 ¶ 1), and that plaintiff was unable to serve defendants with notice of the marshal's sale at least thirty days prior to this date, see PA. R. CIV. P. 3129.2(c), it is hereby ORDERED that:

1. The motion (Doc. 22) to postpone the marshal's sale until November 16, 2006 is GRANTED. See PA. R. CIV. P. 3129.2(c)(3) (permitting the court to postpone the sale until "a date certain which is at least thirty days after the date of the last required service").

2. Plaintiff shall make a public announcement of the new sale date at the "time and place originally fixed for the sale," i.e., October 24, 2006. No further notice of the postponement shall be required. See PA. R. CIV. P. 3129.3.

  S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge